IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: |
| | ) | |
| v. | ) | Count One:  18 U.S.C. § 1343 |
| | ) | (Wire Fraud) |
| MICHAEL A. BALADY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## INFORMATION

THE UNITED STATES CHARGES THAT:

1.      For purposes of this Information, the relevant time period is from in or about October 2008 until in or about June 2012.  During the relevant period, the defendant, MICHAEL A. BALADY ("BALADY"), worked in the Office of the Assistant Secretary for Preparedness and Response ("ASPR") at the United States Department of Health and Human Services ("HHS"), first as the Director of Acquisition Management Systems in ASPR's Biological Advance Research and Development Authority, and later as the Acting Director of ASPR's Office of Acquisitions, Management, Contracts and Grants.

2.      Pursuant to 5 U.S.C. § 5754 and 5 C.F.R. § 575.310–315, HHS is authorized to give monetary incentives, or "retention bonuses," to employees deemed essential to HHS's mission who would be likely to leave in the absence of a bonus.  In order to receive a retention bonus, HHS requires, among other things, that employees produce a current offer of employment for a position in the private sector or another government agency.

3.      PERSON A, an associate of BALADY, was the Chief Operating Officer of a communications firm based in Alexandria, Virginia.

1

## COUNT ONE
18 U.S.C. § 1343 – Wire Fraud

4.      The allegations contained in paragraphs 1 through 3 of this Information are incorporated by reference as if fully set forth herein.

## THE SCHEME

5.      From at least in or about October 2008 to in or about June 2012, the defendant, MICHAEL A. BALADY, devised and intended to devise a scheme to defraud the United States, and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises. To wit, the defendant requested fraudulent employment offers from PERSON A, which defendant then submitted to HHS to justify the payment of retention bonuses to him from HHS totaling $94,940.

## INTERSTATE WIRE COMMUNICATION

6.      On or about April 23, 2012, in the District of Columbia and elsewhere, the defendant MICHAEL A. BALADY, for the purpose of executing the scheme described above, and attempting to do so, knowingly caused to be transmitted by means of wire communication in interstate commerce an e-mail sent from Washington, D.C., to Virginia requesting a fraudulent offer of employment in order to justify the renewal of the defendant's retention bonus from HHS.

All in violation of Title 18, United States Code, Section 1343.

Dated: February 28, 2013.                    On behalf of the United States,

                                             JACK SMITH
                                             Chief, Public Integrity Section

                          By:       _____
                                             RICHARD B. EVANS
                                             MARK ANGEHR
                                             Trial Attorneys
                                             United States Department of Justice

2

Public Integrity Section
1400 New York Ave. NW, 12th Floor
Washington, DC  20005
(202) 353-7760 – Telephone
(202) 514-3003 – Facsimile
Richard.B.Evans@usdoj.gov
Mark.Angehr@usdoj.gov